Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| MCNEIL, KAYLE V. | ) | CASE NO. 05-04563-PHX-CGC |
| MCNEIL, VICTORIA J. | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
| --- | --- | --- | --- |
| 114 | 05/08/09 | Thor Credit Corp.<br>3355 Michelson Dr., 2nd Floor<br>Irvine, CA 92612 | $2,509.66 |

*September 9, 2010*　　　　　　　　　　　　　　*/s/ Lawrence J. Warfield*
　　DATE　　　　　　　　　　　　　　　　　　Lawrence J. Warfield, Trustee

Case 2:05-bk-04563-CGC   Doc 53   Filed 09/09/10   Entered 09/09/10 15:56:20   Desc
Main Document    Page 1 of 1